UNITED STATES DISTRICT COURT
FILED
[Sep 15, 2014]
EASTERN DISTRICT OF LOUISIANA
William W. Blevins, Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: IN RE/IN THE MATTER OF TREATY ENERGY CORP

CIVIL ACTION                                         NO. 14-2109 N (2)

                                                     Bankruptcy No. 13-11238 "B"

## NOTICE OF PARTIES - BANKRUPTCY APPEALS TO DISTRICT COURT

A Notice of Appeal in the above-captioned case has been entered on the docket of the United States District Court for the Eastern District of Louisiana on September 15, 2014.

Your attention is called to Bankruptcy Rule 8009, which provides that "the appellant shall serve and file his brief within fourteen (14) days after entry of the appeal on the docket; appellee shall serve and file his brief within fourteen (14) days after service of the brief of appellant; a reply brief may be served and filed by appellant within fourteen (14) days thereafter."

Please note that all pleadings should include both the bankruptcy proceeding number and the civil action number.

                                        WILLIAM W. BLEVINS, CLERK

                                        By: _____

```
    Fee_____
    Process_____
X   Dktd  MM
    CtRmDep_____
    Doc.No._____
```