UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  In the Matter of Treaty Energy Corporation        CIVIL ACTION NO. 14-2109

BANKRUPTCY NO. 13-11238 "B",

SECTION "N" (2)

## **O R D E R**

    Before the Court is the appeal of the former Debtor, Treaty Energy Corporation, from the Order of the Bankruptcy Court for the Eastern District of Louisiana dated July 25, 2014 (Bankruptcy Rec. Doc. 100 and 101[1]). In that Order, the Bankruptcy Court granted the motion for partial summary judgment in favor of six petitioning creditors against Treaty Energy Corporation, thus denying the claim of Treaty Energy Corporation for damages with respect to alleged losses caused by the sale of stock by Treaty Energy Corporation during the pendency of the involuntary bankruptcy petition. Finding that this Court does have supervisory jurisdiction, the Court affirms the July 25, 2014 judgment.

---

    [1]     The record indicates the ruling from which this appeal is taken was rendered in open court on July 23, 2014; the Order was signed and entered on July 25, 2014 as to Reginald J. Laurent; and another similar Order was signed and entered on July 28, 2014 as to David Hallin, Ronda Hyatt, Jefferey A. Morgan, Alexander Rasbury, David McCourtney and Mack Maxcey.

This Court has jurisdiction to hear appeals from the Bankruptcy Court pursuant to 28 U.S.C. § 158. The Court has reviewed the memoranda filed by the parties herein (Rec. Doc. 6, 7 and 8), along with the underlying Bankruptcy Court record, particularly those pleadings which relate to the subject motion, the Court's hearing of it, and the Court's ruling from which this appeal is taken. In so considering, this Court does not find any clear error of fact, nor in application of the law to such factual findings.

New Orleans, Louisiana, this 7th day of January 2015.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2