UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN THE MATTER OF TREATY ENERGY CORPORATION | CIVIL ACTION |
| | NO. 14-2109<br>Bankruptcy No. 13-11238 "B" |
| | SECTION  N (2) |

## J U D G M E N T

For the reasons set forth in the Court's Order dated January 7, 2014 (Rec. Doc. No. 10); accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Judgment of the Bankruptcy Court is hereby AFFIRMED.

New Orleans, Louisiana, this ___7th___ day of January, 2015.

                                        KURT D. ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE